

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

High Mountain Ranch Group, LLC, et al., Appellant

No. 06-16-00072-CV          v.

Elbert L. Niece, et al., Appellee

Appeal from the 98th District Court of Travis County, Texas (Tr. Ct. No. D-1-GN-15-001451). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, High Mountain Ranch Group, LLC, et al., pay all costs of this appeal.

RENDERED AUGUST 4, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk